UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND, and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES AFL-CIO,<br><br>       Petitioners,<br><br>     -v.-<br><br>PURE GLASS, LCC,<br><br>       Respondent. | 21 Civ. 1922 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On March 5, 2021, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 7, 2021**. Respondent's opposition, if any, is due on **May 7, 2021**. Petitioners' reply, if any, is due **May 21, 2021**.

  Petitioners shall serve the petition upon Respondent electronically and by overnight mail no later than **March 15, 2021**, and shall file an affidavit of such service with the court no later than **March 22, 2021**.

SO ORDERED.

Dated: March 8, 2021
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge